IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAFAEL HERNANDEZ,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　Case No. 4:23-cv-67-AW-MAF

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Rafael Hernandez filed a petition for a writ of mandamus. He submitted neither a filing fee nor a motion for leave to proceed IFP. The magistrate judge directed him to submit one or the other, but he submitted neither. The magistrate judge now recommends dismissal without prejudice for failure to comply with a court order. ECF No. 4. There has been no objection to the report and recommendation. It appears Hernandez has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute. The clerk will then close the file.

SO ORDERED on May 5, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge